**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-7717**

———————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

WARREN BOARDLEY,

                                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CR-
88-386-JFM)

———————————

Submitted:  April 17, 2003              Decided:  May 5, 2003

———————————

Before LUTTIG and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Warren Boardley, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Warren Boardley appeals the district court's order denying his "motion to append presentence report." Boardley sought the correction of certain alleged inaccuracies in his 1989 presentence report. Under former Fed. R. Crim. P. 32(c)(3)(D), motions to correct errors in a presentence report must be made prior to the imposition of sentence. <u>United States v. Warner</u>, 23 F.3d 287, 290 (10th Cir. 1994); <u>United States v. Engs</u>, 884 F.2d 894, 895-97 (5th Cir. 1989). Boardley's motion was filed more than twelve years after imposition of sentence, and the district court was without jurisdiction to consider the motion. We dismiss Boardley's appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

<u>DISMISSED</u>

2